**En Banc Order filed September 11, 2018**



**In The**

# Fourteenth Court of Appeals

## NO. 14-17-00713-CV

**SHANE HAWKINS D/B/A GENESIS II CHURCH OF HEALTH AND HEALING CHAPTER #119, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-29921**

## EN BANC ORDER

Page 11 of appellant's brief states in relevant part:

No court that receives any benefit, financial or otherwise, from STATE OF TEXAS or any of STATE OF TEXAS agents, counties, cities, and/or ect would be in conflict of interest and not able to hear this case. [sic]

The court construes that statement as a request to recuse every justice of this court.

*See* Tex. R. App. P. 16.2.

The grounds for recusal of an appellate justice or judge are the "same as those provided in the Rules of Civil Procedure." *Id.* Rule 18b(2) of the Texas Rules of Civil Procedure identifies the grounds for recusal. Tex. R. Civ. P. 18b(2). It states a judge shall recuse himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned or the judge has a personal bias or prejudice concerning a party. Tex. R. Civ. P. 18b(2)(a), (b).

Rule 16.3 of the Texas Rules of Appellate Procedure prescribes the procedure to be followed for recusal of an appellate justice or judge:

> Before any further proceeding in the case, the challenged justice or judge must either remove himself or herself from all participation in the case or certify the matter to the entire court, which will decide the motion by a majority of the remaining judges sitting en banc. The challenged justice or judge must not sit with the remainder of the court to consider the motion as to him or her.

Tex. R. App. P. 16.3(b).

When, as in this case, a party challenges all the members of the court, the request is decided by the court under the procedures set forth in Rule 16.3. *See Cannon v. City of Hurst*, 180 S.W.3d 600, 601 (Tex. App.—Fort Worth 2005, no pet.) (order); *Resendez v. Schwartz*, 940 S.W.2d 714, 714 (Tex. App.—El Paso 1996, no writ) (applying same procedure under former Texas Rule of Appellate Procedure 15(c)); *see also Cameron v. Greenhill*, 582 S.W.2d 775, 777 (Tex. 1979) (denying motion to disqualify entire Texas Supreme Court from considering challenge to State Bar fee assessment).

Pursuant to the procedure set forth in Rule 16.3(b), upon the filing of the recusal motion and prior to any further proceedings in this appeal, each of the challenged justices of this court considered the motions in chambers. *Id.* Chief Justice Kem Thompson Frost and Justices William J. Boyce, Tracy Christopher,

Martha Hill Jamison, Brett Busby, John Donovan, Marc Brown, Ken Wise, and Kevin Jewell each found no reason to recuse himself or herself and certified the matter in writing to the remaining members of the court en banc. *See id.* This court then followed the accepted procedure set out in Rule 16.3(b). *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough*, 50 S.W.3d at 88. The justices, except for Chief Justice Frost, then deliberated and decided the motion to recuse with respect to each challenged justice by a vote of the remaining participating justices en banc. No challenged justice sat with the other members of the court when his or her challenge was considered. *See* Tex. R. App. P. 16.3(b); *Cannon*, 180 S.W.3d at 601.

Having considered the motions as to each challenged justice, and finding no basis for recusal, the request to recuse is denied with respect to each challenged justice, with Chief Justice Frost not participating. The court enters the following orders:

### ORDER DENYING REQUEST AS TO CHIEF JUSTICE KEM THOMPSON FROST

In accordance with Rule 16.3(b), Chief Justice Frost certified to the en banc court appellant's request to recuse her. This court, Chief Justice Frost not participating, finds no reason to recuse Chief Justice Frost. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Chief Justice Frost is denied.

Frost, C.J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE WILLIAM J. BOYCE

In accordance with Rule 16.3(b), Justice Boyce certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Boyce not participating, finds no reason to recuse Justice Boyce. *See* Tex. R. App. P. 16.2;

Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Boyce is denied.

Frost, C.J. and Boyce, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE TRACY CHRISTOPHER

In accordance with Rule 16.3(b), Justice Christopher certified to the en banc court appellant's request to recuse her. This court, Chief Justice Frost and Justice Christopher not participating, finds no reason to recuse Justice Christopher. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Christopher is denied.

Frost, C.J. and Christopher, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE MARTHA HILL JAMISON

In accordance with Rule 16.3(b), Justice Jamison certified to the en banc court appellant's request to recuse her. This court, Chief Justice Frost and Justice Jamison not participating, finds no reason to recuse Justice Jamison. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Jamison is denied.

Frost, C.J. and Jamison, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE BRETT BUSBY

In accordance with Rule 16.3(b), Justice Busby certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Busby not participating, finds no reason to recuse Justice Busby. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Busby is denied.

Frost, C.J. and Busby, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE JOHN DONOVAN

In accordance with Rule 16.3(b), Justice Donovan certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Donovan not participating, finds no reason to recuse Justice Donovan. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Donovan is denied.

Frost, C.J. and Donovan, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE MARC BROWN

In accordance with Rule 16.3(b), Justice Brown certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Brown not participating, finds no reason to recuse Justice Brown. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Brown is denied.

Frost, C.J. and Brown, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE KEN WISE

In accordance with Rule 16.3(b), Justice Wise certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Wise not participating, finds no reason to recuse Justice Wise. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Wise is denied.

Frost, C.J. and Wise, J. not participating.

### ORDER DENYING REQUEST AS TO JUSTICE KEVIN JEWELL

In accordance with Rule 16.3(b), Justice Jewell certified to the en banc court appellant's request to recuse him. This court, Chief Justice Frost and Justice Jewell not participating, finds no reason to recuse Justice Jewell. See Tex. R. App. P. 16.2;

Tex. R. Civ. P. 18b(2). Accordingly, appellant's request to recuse Justice Jewell is denied.

Frost, C.J. and Jewell, J. not participating.


PER CURIAM

En Banc (Frost, C.J. not participating)